

**FILED**

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0187

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 21-0187

IN THE MATTER OF MARGARET READER,

A Suspended Attorney at Law,

Respondent.

**O R D E R**

**FILED**

APR 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On April 23, 2021, Ward "Mick" Taleff, Chairperson of the Commission on Practice of the Supreme Court of the State of Montana (Commission), petitioned this Court to request immediate suspension of attorney Margaret Reader from the practice of law pursuant to Rule 24 of the Montana Rules for Lawyer Disciplinary Enforcement. The Commission further filed an Amended Petition indicating in its caption that Reader is currently suspended from the practice of law.

Under MRLDE 24, if a lawyer subject to the jurisdiction of the Commission fails to promptly and fully respond to a written complaint or inquiry from either a Panel of the Commission or the Office of Disciplinary Counsel (ODC), the Panel may direct the lawyer to appear to show cause why the lawyer should not be sanctioned or disciplined for the failure to respond. Notice of such hearing shall be served upon the lawyer at least 20 days prior to the hearing. If the lawyer then fails to appear, the Panel may recommend to this Court the immediate interim suspension of the lawyer for a period not to exceed 30 days, or until such earlier date as the lawyer fully responds and cooperates with the Commission and ODC.

In this case, the Commission asserts that Reader failed to respond to requests from ODC, and an Adjudicatory Panel of the Commission therefore issued an Order to Show Cause, setting hearing on the matter for April 21, 2021. Reader was served with notice of

the hearing and the Order to Show Cause on April 16, 2021. However, Reader failed to appear at the hearing or to otherwise respond. Acknowledging that Reader did not receive the 20 days' notice MRLDE 24 requires, the Commission nonetheless asks this Court to order immediate interim suspension of Reader from the practice of law for 30 days, pointing out that Reader has not objected to the lack of adequate notice.

MRLDE 24 states in relevant part that, "[n]otice of such show cause hearing *shall* be served upon the lawyer at least twenty days prior to the hearing." (Emphasis added.) In this case, Reader was provided five days' notice and this Petition was filed two days after the hearing—only seven days from service. We are not prepared to suspend a lawyer for a failure to appear when the Commission did not timely serve the lawyer with notice. However, it further appears that Reader is already suspended from the practice of law and this Order does not affect any pre-existing suspension.

IT IS THEREFORE ORDERED that the Petition of the Commission on Practice to suspend attorney Margaret Reader pursuant to Rule 24 of the Montana Rules for Lawyer Disciplinary Enforcement is DENIED.

The Clerk of this Court is directed to serve a copy of this Order upon Margaret Reader and to provide copies to Disciplinary Counsel; the Office Administrator for the Commission on Practice; and the Executive Director of the State Bar of Montana.

DATED this 27th day of April, 2021.

_____
Chief Justice

_____

_____

2

_____
_____
_____
Justices

Chief Justice Mike McGrath would grant the suspension.